UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Regional International Corp. and Mead's Automotive, LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Espar Inc. and Espar Products Inc.,<br><br>Defendants. | Case No.  1:15-cv-01798-JG-JO |

**PLAINTIFFS REGIONAL INTERNATIONAL CORP. AND MEAD'S AUTOMOTIVE, LLC'S MOTION RE: APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL FOR INDIRECT-PURCHASER PLAINTIFFS**

Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, Plaintiffs Regional International Corp. and Mead's Automotive, LLC respectively move this Court for an order appointing the Law Offices of Francis O. Scarpulla ("Scarpulla Firm") and the firm of Cooper & Kirkham, P.C. ("Cooper & Kirkham") as Interim Co-Lead Class Counsel for the Indirect-Purchaser Plaintiffs in the cases involving anticompetitive activities in the after-market truck heater industry (*Raccoon Valley Transport Inc., et al.* v. *Espar, Inc., et al.*, No. 1:15-cv-01338-JG-JO (E.D.N.Y.); *Regional International Corp., et al. v. Espar Inc., et al.*, No. 1:15-cv-01798-JG-JO (E.D.N.Y.)), and any subsequently filed Indirect-Purchaser cases.

As described in the accompanying memorandum of law in support hereof, the Scarpulla Firm and Cooper & Kirkham individually and collectively have had extensive experience and success in handling antitrust class actions, can commit the resources necessary to represent the classes through trial, if necessary, and have diligently worked to identify and investigate the potential claims at issue in this litigation.

1

Accordingly, for the reasons provided above, in the accompanying memorandum of law, the Declaration of Francis O. Scarpulla in Support of Plaintiffs Regional International Corp. and Mead's Automotive, LLC's Motion Re: Appointment of Interim Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs, the Declaration of Josef D. Cooper in Support of Plaintiffs Regional International Corp. and Mead's Automotive, LLC's Motion Re: Appointment of Interim Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs, and for good cause shown, Plaintiffs Regional International Corp. and Mead's Automotive, LLC, respectfully request that the Court appoint the Scarpulla Firm and Cooper & Kirkham as Interim Co-Lead Counsel for the Indirect-Purchaser Plaintiffs.

Dated: May 15, 2015                     Respectfully submitted,

By:  /s/  Francis O. Scarpulla
       Francis O. Scarpulla (*pro hac vice*)

LAW OFFICES OF FRANCIS O. SCARPULLA
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:     (415) 788-7210
Facsimile:      (415) 788-0706
Email:           fos@scarpullalaw.com


By:  /s/ Josef D. Cooper
       Josef D. Cooper (*pro hac vice*)

Tracy R. Kirkham (*pro hac vice*)
John D. Bogdanov (*pro hac vice*)
COOPER & KIRKHAM, P.C.
357 Tehama Street, 2nd Floor
San Francisco, CA  94103
Telephone:     (415) 788-3030
Facsimile:      (415) 882-7040
E-mail:          jdc@coopkirk.com
                    trk@coopkirk.com
                    jdb@coopkirk.com

Lawrence H. Schoenbach
LAW OFFICES OF
LAWRENCE H. SCHOENBACH, PLLC
The Trinity Building
111 Broadway, Suite 701
New York, New York 10006
Telephone: (212) 346-2400
Facsimile: (212) 937-3100
Email:  schoenbachlawoffice@att.net


Philip A. Cala
Attorney at Law
Furniture Mart Office Bldg
Suite 1000
Jamestown, NY 14701
Telephone:  (716)483-2252
Email:  artlaw@windstream.net

*Counsel for Plaintiffs Regional International Corp.
and Mead's Automotive, LLC*