**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ESPAR ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL CASES | No. 1:15-MC-00940-JG-JO |
| Davidson Transfer, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Espar Inc. and Espar Products Inc.,<br><br>Defendants. | No. 1:15-cv-03005-WFK-CLP |

**NOTICE OF RELATED CASE**

NOTICE is hereby given pursuant to Paragraph IV of the Pretrial Consolidation Order (entered May 28, 2015) in *In re Espar Antitrust Litig.,* No. 1:15-MC-00940-JG-JO (ECF No. 1) that the matter captioned *Davidson Transfer, LLC v. Espar Inc., et al.,* No. 1:15-cv-03005-WFK-CLP, currently assigned to Judge William Kuntz, is substantially related to the civil actions comprising *In re Espar Antitrust Litigation* proceeding before Judge John Gleeson.

Dated: May 29, 2015

Respectfully submitted,

  /s/ John D. Bogdanov
    John D. Bogdanov (*pro hac vice*)

Josef D. Cooper (*pro hac vice*)
Tracy R. Kirkham (*pro hac vice*)
COOPER & KIRKHAM, P.C.
357 Tehama Street
Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email: jdc@coopkirk.com

trk@coopkirk.com
jdb@coopkirk.com

Francis O. Scarpulla (*pro hac vice*)
LAW OFFICES OF FRANCIS O. SCARPULLA
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
Telephone:   (415) 788-7210
Facsimile:   (415) 788-0706
Email:  fos@scarpullalaw.com

Lawrence H. Schoenbach
LAW OFFICES OF
LAWRENCE H. SCHOENBACH, PLLC
The Trinity Building
111 Broadway, Suite 701
New York, New York 10006
Telephone: (212) 346-2400
Facsimile: (212) 937-3100
Email:  schoenbachlawoffice@att.net

Philip A. Cala
Attorney at Law
Furniture Mart Office Bldg
Suite 1000
Jamestown, NY 14701
Telephone:  (716)483-2252
Email:  artlaw@windstream.net

*Counsel for Plaintiffs Regional International Corp.
and Mead's Automotive, LLC*